Rodney MARTIN, Appellant,

v.

MISSOURI DEPARTMENT
OF CORRECTIONS,
Respondent.

No. WD 54436.

Missouri Court of Appeals,
Western District.

March 3, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 28, 1998.

Rodney Martin, Jefferson City, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gail Vasterling, Asst. Atty. Gen., Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., and BRECKENRIDGE and HANNA, JJ.

### ORDER

PER CURIAM.

Appellant escaped from a residential treatment center of the Department of Corrections. His bank account with the Department was deemed abandoned and confiscated. Appellant's petition was dismissed. Judgment affirmed. Rule 84.16(b).